THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
ROCCO CARNAVALLE, Respondent.

*Crimes — murder in second degree — judgment of conviction properly reversed.*

People v. *Carnavalle*, 202 App. Div. 156, affirmed.
(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1922, which reversed a judgment rendered at a Criminal Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for appellant.

*Lloyd Paul Stryker* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.